COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT. 42 U.S.C 1983.

**FILED**
MAY 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NAME __WEAVER__  __WILLIE__
       (LAST)      (FIRST) (INITIAL)

PRISONER NUMBER __J-91389__

INSTITUTIONAL ADDRESS __PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

VS.

CORRECTIONAL OFFICER MILLER,

(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

CASE NO.
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED.)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS.)

A. PLACE OF PRESENT CONFINEMENT __P.S.4__
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

- 1 -

APPEAL AT EACH LEVEL OF REVIEW. IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU? YES ( ) NO (✓)

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE.
EXPLAIN WHY. __STILL BEING PROCESSED__

II. PARTIES

A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS, IF ANY, __WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.__

B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
__PELICAN BAY STATE PRISON/CORRECTIONAL OFFICER MILLER__

COMPLAINT - 2 -

STATEMENT OF CLAIM

State here as briefly as possible the facts of your case, be sure to describe how each defendant is involved and and how to include dates. When possible do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Plaintiff is constantly being harrassed by Correctional Officer Miller on 05/22/08 he put on hand cuffs backards walked plaintiff to his cell took off one hand cuff then made plaintiff turn around to take off other hand cuff, this is harrassment, conspriracy, the Defendants showed deliberate indiference under the Eight Amendment

IV. RELIEF  That constitue cruel unusual

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want are the court to do for you. Make no legal arguments; cite no cases or statutes.

Liability damages: 50,000 Fifty thousand dollars due to: Harrassment, conspriracy, U.S. Constitution violation

Punitive damages: 50,000 Fifty thousand dollars due to: Mental anguish, stress disorder

I declare under penalty of perjury that the forgoing is true and correct signed this __05__ day of __22 20 08__

COMPLAINT    - 3 -

WILLIE WEAVER  
J-91389 B-5-996  
PELICAN BAY STATE  
PRISON P.O. BOX 7000  
CRESCENT CITY, CA.  
95531.

PELICAN BAY STATE PRISON  
5905 Lake Earl Dr  
Crescent City CA 95532



02 1M  
0004217666  
MAILED FROM Z

CONFIDENTIAL  
LEGAL MAIL

**PELICAN BAY**  
**P.S.U. UNIT D-2**

OFFICE OF THE C  
UNITED STATES  
COURT NORTHE  
DISTRICT OF CA  
450 GOLDEN G  
SAN FRANCISCO,